NICHOLAS B. WARANOFF (BAR NO. 060155)
ANTON L. HASENKAMPF (BAR NO. 267488)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: nwaranoff@allenmatkins.com
         ahasenkampf@allenmatkins.com

Attorneys for Defendants
ONEWEST BANK, FSB and U.S. BANK
NATIONAL ASSOCIATION AS TRUSTEE FOR
GSR MORTGAGE LOAN TRUST 2006-9F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MCGOUGH, an individual, | Case No. C 12 0050 JCS |
| Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| vs. | |
| WELLS FARGO BANK, N.A.; ONEWEST BANK, FSB; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-9F MERIDIAN FORECLOSURE SERVICE, aka MTDS, INC dba MERIDIAN TRUST DEED SERVICE; MIAH CALLAHAN, an individual; J. ROST REALTY, INC.,; and DOES 1 through 100, inclusive;, | |
| Defendants. | |

This stipulation (the "Stipulation") is entered into by and between Plaintiff, John P. McGough ("Plaintiff"), and Defendants OneWest Bank, FSB ("OneWest") and U.S. Bank National Association as Trustee for GSR Mortgage Loan Trust 2006-9F ("U.S. Bank").

No prior extensions have been requested nor granted with respect to filing of OneWest's and U.S. Bank's response to the Complaint.

1  The parties hereby agree and stipulate that the time for OneWest and U.S. Bank to
2  file their response to Plaintiff's Complaint shall be extended through and including
3  February 28, 2012.

4  Dated: January 24, 2012          ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP

6                                   By:      */s/Nicholas B. Waranoff*
7                                         NICHOLAS B. WARANOFF
                                          Attorneys for Defendants
                                          ONEWEST BANK, FSB and U.S.
8                                         BANK NATIONAL ASSOCIATION AS
                                          TRUSTEE FOR GSR MORTGAGE
9                                         LOAN TRUST 2006-9F

10
11 Dated: January 26, 2012          LAW OFFICES OF PATRICIA
                                    RODRIGUEZ

12
13                                  By:      */s/Patricia Rodriguez*
                                          PATRICIA RODRIGUEZ
                                          Attorneys for Plaintiff
14                                        JOHN P. McGOUGH

15

16  I, Nicholas B. Waranoff, hereby attest, pursuant to N.D. Cal. General Order No. 45,
17 that the concurrence to the filing of this document has been obtained from each signatory
18 hereto.

19 Dated: January 26, 2012                */s/Nicholas B. Waranoff*
                                          Nicholas B. Waranoff
20                                        Attorneys for Defendants
                                          ONEWEST BANK, FSB and U.S.
21                                        BANK NATIONAL ASSOCIATION AS
                                          TRUSTEE FOR GSR MORTGAGE
22                                        LOAN TRUST 2006-9F

25  Dated: Jan. 30, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On January 26, 2012, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Nicholas B. Waranoff, Esq. to file the following document(s):

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2012, at San Francisco, California.

*/s/ Marlena Aying*
MARLENA AYING