1  NICHOLAS B. WARANOFF (BAR NO. 060155)
   ANTON L. HASENKAMPF (BAR NO. 267488)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  nwaranoff@allenmatkins.com
            ahasenkampf@allenmatkins.com
6
   Attorneys for Defendants
7  ONEWEST BANK, FSB and U.S. BANK
   NATIONAL ASSOCIATION AS TRUSTEE FOR
8  GSR MORTGAGE LOAN TRUST 2006-9F

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JOHN P. MCGOUGH, an individual, | Case No. C 12 0050 JCS |
| 13         Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| 14         vs. | |
| 15  WELLS FARGO BANK, N.A.; ONEWEST BANK, FSB; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-9F MERIDIAN FORECLOSURE SERVICE, aka MTDS, INC dba MERIDIAN TRUST DEED SERVICE; MIAH CALLAHAN, an individual; J. ROST REALTY, INC.,; and DOES 1 through 100, inclusive;, | |
| 20         Defendants. | |

21

22       This stipulation (the "Stipulation") is entered into by and between Plaintiff, John P.

23  McGough ("Plaintiff"), and Defendants OneWest Bank, FSB ("OneWest") and U.S. Bank

24  National Association as Trustee for GSR Mortgage Loan Trust 2006-9F ("U.S. Bank").

25       No prior extensions have been requested nor granted with respect to filing of

26  OneWest's and U.S. Bank's response to the Complaint.

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

833137.01/SF
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The parties hereby agree and stipulate that the time for OneWest and U.S. Bank to file their response to Plaintiff's Complaint shall be extended through and including February 28, 2012.

Dated: January 24, 2012            ALLEN MATKINS LECK GAMBLE
                                   MALLORY & NATSIS LLP

                                   By:    */s/Nicholas B. Waranoff*
                                   NICHOLAS B. WARANOFF
                                   Attorneys for Defendants
                                   ONEWEST BANK, FSB and U.S.
                                   BANK NATIONAL ASSOCIATION AS
                                   TRUSTEE FOR GSR MORTGAGE
                                   LOAN TRUST 2006-9F

Dated: January 26, 2012            LAW OFFICES OF PATRICIA
                                   RODRIGUEZ

                                   By:    */s/Patricia Rodriguez*
                                   PATRICIA RODRIGUEZ
                                   Attorneys for Plaintiff
                                   JOHN P. McGOUGH

I, Nicholas B. Waranoff, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 26, 2012             */s/Nicholas B. Waranoff*
                                   Nicholas B. Waranoff
                                   Attorneys for Defendants
                                   ONEWEST BANK, FSB and U.S.
                                   BANK NATIONAL ASSOCIATION AS
                                   TRUSTEE FOR GSR MORTGAGE
                                   LOAN TRUST 2006-9F

Dated: Jan. 30, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that:  I am over the age of eighteen (18) and not a party to the within action.  I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor, San Francisco, CA  94111-4074.

On January 26, 2012, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Nicholas B. Waranoff, Esq. to file the following document(s):

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.  The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2012, at San Francisco, California.

*/s/ Marlena Aying*
MARLENA AYING