UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MCGOUGH, <br><br> Plaintiff(s), <br> (Petitioner) <br> V. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendant(s), <br> (Respondent) | Case No. C-12-0050-TEH <br><br> ORDER RE APPLICATION <br> TO PROCEED <br> IN FORMA PAUPERIS |

(X)   **IT IS ORDERED** that the application to proceed in forma pauperis is **GRANTED** and that the Clerk issue summons.
**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is **DENIED**, and that the filing fee of **$350.00** be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is **DENIED** and that plaintiff is further ordered to make partial payment of the filing fee in the amount of **$350.00** by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 2/15/12

_____
UNITED STATES DISTRICT COURT JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7