LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez, Esq., SBN 270639
739 East Walnut St., Suite 204
Pasadena, CA 91101
Office Phone: (626) 888-5206
Fax: (626) 844-6550

Attorney for Plaintiff
JOHN P. MCGOUGH

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MCGOUGH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; ONE WEST BANK, FSB; U.S BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-9F MERIDIAN FORECLOSURE SERVICE, aka MTDS, INC. dba MERIDIAN TRUST DEED SERVICE; MIAH CALLAHAN, an individual; J. ROST REALTY, INC.,; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. CV12-0050 TEH<br><br>[~~PROPOSED~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE THE FIRST AMENDED COMPLAINT AND TIME IN WHICH DEFENDANTS RESPONSIVE PLEADING IS DUE |

On February 16, 2012, the parties submitted a Joint Stipulation to extend Plaintiff's time to file the First Amended Complaint and date Defendants' responsive pleadings are due. Having reviewed the matter, the court hereby accepts the stipulation and enters the following order:

Plaintiff must file the First Amended Complaint on or before March 2, 2012.

4

JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE THE FIRST AMENDED COMPLAINT

Defendants must file their responsive pleading on or before April 6, 2012. It is further ordered that the motions to dismiss filed by Defendants, which are presently set for a hearing, will be taken off calendar.

**IT IS SO ORDERED**.

Dated: 02/21/2012                           By: 

Honorable Judge Thelton E. Henderson

---

5

**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE THE FIRST AMENDED COMPLAINT**

LAW OFFICES OF PATRICIA RODRIGUEZ
739 East Walnut St., Suite 204, Pasadena, CA 91101
Office Phone: (626) 888-5206 \ Fax: (626) 844-6550