LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez, Esq., SBN 270639
739 East Walnut St., Suite 204
Pasadena, CA 91101
Office Phone: (626) 888-5206
Fax: (626) 844-6550

Attorney for Plaintiff
JOHN P. MCGOUGH

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MCGOUGH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; ONE WEST BANK, FSB; U.S BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-9F MERIDIAN FORECLOSURE SERVICE, aka MTDS, INC. dba MERIDIAN TRUST DEED SERVICE; MIAH CALLAHAN, an individual; J. ROST REALTY, INC.,; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. CV12-0050 TEH<br><br>[~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONERENCE |

On February 17, 2012, the parties submitted a Joint Stipulation to continue the case management conference. The case management conference is presently scheduled for May 7. 2012. Having reviewed the matter, the court hereby accepts the stipulation and enters the following order:

///

///

4
JOINT STIPULATION TO CONTINUE CMC

The case management conference will be continued until June 25, 2012.

**IT IS SO ORDERED.**

Dated: 02/21/2012



Judge Thelton E. Henderson

LAW OFFICES OF PATRICIA RODRIGUEZ
739 East Walnut St., Suite 204, Pasadena, CA 91101
Office Phone: (626) 888-5206 \ Fax: (626) 844-6550

5
JOINT STIPULATION TO CONTINUE CMC