NICHOLAS B. WARANOFF (BAR NO. 060155)
ANTON L. HASENKAMPF (BAR NO. 267488)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  nwaranoff@allenmatkins.com
         ahasenkampf@allenmatkins.com

Attorneys for Defendants
ONEWEST BANK, FSB and U.S. BANK
NATIONAL ASSOCIATION AS TRUSTEE FOR
GSR MORTGAGE LOAN TRUST 2006-9F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MCGOUGH, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.; ONEWEST BANK, FSB; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-9F MERIDIAN FORECLOSURE SERVICE, aka MTDS, INC dba MERIDIAN TRUST DEED SERVICE; MIAH CALLAHAN, an individual; J. ROST REALTY, INC.,; and DOES 1 through 100, inclusive;,<br><br>　　　　Defendants. | Case No. 3:12-cv-00050-TEH<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge:   Hon. Thelton E. Henderson<br><br>Complaint Filed:  January 4, 2012<br>Trial Date:         Not yet set |

　　　　The Parties to the above entitled action having stipulated to continue the Case Management Conference:

　　　　IT IS HEREBY ORDERED:

　　　　1.  The Case Management Conference currently scheduled for June 25, 2012, is continued to July 30, 2012.

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

846134.02/SF

Case No. 3:12-cv-00050-TEH
[PROPOSED] ORDER

1  2. All dates that are based on the date of the Case Management Conference
2  shall instead be based on the date of the new Case Management Conference.
3  IT IS SO ORDERED
4
5  Dated:  06/06/2012
6  _____
   Judge, United States District Court
   Judge Thelton E. Henderson