IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN P. MCGOUGH,

                Plaintiff,

      v.

WELLS FARGO BANK, N.A., et al.,

                Defendants.

NO. C12-0050 TEH

ORDER AMENDING DEADLINES

On June 18, the Court issued an Order on Defendants' motions to dismiss, dismissing several of Plaintiff's claims with leave to amend. The Court further ordered Plaintiff to perfect service on Defendants J. Rost Realty and Miah Callahan within 30 days of the issuance of the order. As the Order of June 18 omitted specific dates for filing, the Court hereby amends the filing deadlines as follows:

- Any amended complaint is to be filed on or before **July 5, 2012.**
- Service on Defendants J. Rost Realty and Miah Callahan is to be perfected by **August 6, 2012.**

Failure to adhere to these deadlines will result in dismissal of the relevant claims for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 6/20/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT