NICHOLAS B. WARANOFF (BAR NO. 060155)
ANTON L. HASENKAMPF (BAR NO. 267488)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  nwaranoff@allenmatkins.com
         ahasenkampf@allenmatkins.com

Attorneys for Defendants
ONEWEST BANK, FSB and U.S. BANK
NATIONAL ASSOCIATION AS TRUSTEE FOR
GSR MORTGAGE LOAN TRUST 2006-9F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MCGOUGH, an individual, | Case No. 3:12-cv-00050-TEH |
| Plaintiff, | [~~PROPOSED~~] ORDER: (1) EXTENDING DEADLINE TO ANSWER; AND (2) CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| WELLS FARGO BANK, N.A.; ONEWEST BANK, FSB; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-9F MERIDIAN FORECLOSURE SERVICE, aka MTDS, INC dba MERIDIAN TRUST DEED SERVICE; MIAH CALLAHAN, an individual; J. ROST REALTY, INC.,; and DOES 1 through 100, inclusive;, | Judge:   Hon. Thelton E. Henderson |
| | Complaint Filed:  January 4, 2012 |
| | Trial Date:       Not yet set |
| Defendants. | |

The Court having Considered Defendants OneWest Bank, FSB's ("OneWest's") and U.S. Bank National Association as Trustee for GSR Mortgage Loan Trust 2006-9F's ("U.S. Bank's") *Motion to Change Time: (1)Extending Deadline to Answer and (2) Continuing Case Management Conference* (the "Motion") and its supporting documents, and good cause appearing,

IT IS HEREBY ORDERED:

1.     The Motion is GRANTED.

2.     OneWest shall file its answer the later of (a) if Plaintiff does not file a Second Amended Complaint, by July 19, 2012; or (b) if Plaintiff files a Second Amended Complaint, 14 days after the date that Moving Defendants' motion to dismiss the Second Amended Complaint has been ruled upon by this Court, as to any causes of action that survive the motion to dismiss.

3.     The Case Management Conference currently scheduled for July 30, 2012 is continued to September 24, 2012 at 1:30 p.m. in Courtroom 12. All related deadlines are likewise continued.

Dated: June 28, 2012

_____
Hon. Thelton E. Henderson
United States District Judge