1 | Michael W. Burnett, Esq. (State Bar No. 98696)
  | BURNETT LLP
2 | 3 San Joaquin Plaza, Suite 215
  | Newport Beach, CA  92660
3 | Phone:     (949) 729-9919
  | Fax:        (949) 729-9191
4 |
5 | Attorneys for Defendant
  | MERIDIAN FORECLOSURE SERVICE,
  | a California corporation, f/k/a MTDS, INC.
6 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. McGOUGH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; ONE WEST BANK, FSB; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-9F; MERIDIAN FORECLOSURE SERVICE, aka MTDS, INC. dba MERIDIAN TRUST DEED SERVICE; MIAH CALLAHAN, an individual; J. ROST REALTY, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV12-0050 TEH<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANT MERIDIAN FORECLOSURE SERVICE TO ANSWER<br><br>Judge:   Hon. Thelton E. Henderson<br><br>Complaint filed:  January 4, 2012<br>Trial date:           None set |

The Court having considered Defendant MERIDIAN FORECLOSURE SERVICE, a California corporation, f/k/a MTDS, INC.'s ("Meridian"), Motion to Change Time Extending Deadline to Answer, and its supporting documents and good cause appearing,

IT IS HEREBY ORDERED:

---

1

[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT MERIDIAN FORECLOSURE SERVICE TO ANSWER

Case 3:12-cv-00050-TEH   Document 80   Filed 07/02/12   Page 2 of 2

1. The Motion is GRANTED.

2. Meridian shall file its answer the later of (a) if Plaintiff does not file a Second Amended Complaint, by July 19, 2012; or (b) if Plaintiff files a Second Amended Complaint, 14 days after the date that Moving Defendant's motion to dismiss the Second Amended Complaint has been ruled upon by this Court, as to any causes of action that survive the motion to dismiss.

Dated: June 28, 2012



Hon. Thelton E. Henderson
United States District Judge

SUBMITTED BY:

BURNETT LLP

By: _____
Michael W. Burnett
Attorneys for Defendant
MERIDIAN FORECLOSURE SERVICE,
a California corporation, f/k/a MTDS, INC.

2
[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT MERIDIAN FORECLOSURE SERVICE TO ANSWER