IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN P. MCGOUGH,

          Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.

NO. C12-0050 TEH

ORDER CONTINUING MOTIONS TO DISMISS AND TO EXPUNGE, AND CONTINUING CASE MANAGEMENT CONFERENCE

The Court has received and considered Defendants' motion to continue the hearing presently set for September 17, 2012, and the Case Management Conference set for September 24, 2012, as well as Plaintiff's opposition to Defendants' motion. There exists good cause for the continuance, as the date presently scheduled falls on the Jewish holiday of Rosh Hashanah, making Defendants' lead counsel unavailable. The one-week continuance of the date will cause no prejudice to any party, and therefore the motion to continue the motions date and following case management conference is GRANTED. The motions shall be heard in Courtroom 2, 17th Floor of the U.S. District Court in San Francisco, on **September 24, 2012 at 10:00 a.m.**, and the case management conference shall take place in Courtroom 12, 19th Floor of the U.S. District Court on **October 15, 2012 at 1:30 p.m.**. Counsel shall file the required joint statement one week prior to the conference, on or before **October 8, 2012**.

**IT IS SO ORDERED.**

Dated: 8/2/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT