1  Patricia Rodriguez, Esq. SBN: 260739
2  Law Offices of Patricia Rodriguez
   739 East Walnut Street Suite 204
3  Pasadena, CA 91801
4  Attorney for Plaintiff
5  John McGough

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8
   JOHN P. MCGOUGH, an individual,                    Case No. C 12 0050 TEH
9
       Plaintiff,
10
       vs.                                            **COUNSEL'S DOCUMENATION
11                                                    REGARDING HER COMPLIANCE
       WELLS FARGO BANK, N.A.; ONEWEST                WITH THE COURT'S DECEMBER 3,
12  BANK, FSB; U.S. BANK NATIONAL                     2012, ORDER.**
   ASSOCIATION AS TRUSTEE FOR GSR
13  MORTGAGE LOAN TRUST 2006-9F                       Complaint Filed:  January 4, 2012
   MERIDIAN FORECLOSURE SERVICE,
14  aka MTDS, INC dba MERIDIAN TRUST
   DEED SERVICE; MIAH CALLAHAN, an
15  individual; J. ROST REALTY, INC.,; and
   DOES 1 through 100, inclusive;,
16
       Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1       TO YOUR HONOR, ALL COUNSEL, AND PARTIES PLEASE SEE ATTACHED

2 DOCUMENTATION IN SUPPORT OF MS. RODRIGUEZ'S COMPLIANCE WITH THE

3 COURT'S ORDER ON DECEMBER 3RD, 2012.

4

5       On December 3rd, 2012, the court order counsel of record to complete 20 hours of

6 CLE credit (10 participatory and 10 non participatory) by September 1st, 2013, and file

7 proof of completion. The court further ordered that counsel complete 8 hours of

8 foreclosure defense, 8 hours of complaint drafting or other legal writing, 2 hours of ethics,

9 and 2 hours of miscellaneous CLE (if counsel chose to continue to practice foreclosure
defense).

10       Counsel has chosen to continue to practice foreclosure defense. Counsel has

11 complied with the courts order. Please see below the list of courses counsel has completed

12 and documentation showing proof of completion.

13 1. Participatory (15 Hours) & Non Participatory (5 Hours)

14     a. Foreclosure Defense (8 Hours)

15          i. Homeowners Bill of Rights Seminar – 5.75 Participatory Hours (See

16             Exhibit A).

17         ii. Defending A Foreclosure – 3 Hours (See Exhibit B).

18             1. Total – 8.75 Hours

19     b. Ethics

20          i. Defending A Foreclosure – 1 Hour (See Exhibit B).

21         ii. Social Media and Ethics: Avoiding Costly Mistakes – 1 Hour (See
Exhibit C).

22             1. Total – 2 Hours

23     c. Complaint Drafting or Other Legal Writing/Miscellaneous

24          i. Persuasive Appellate Brief Writing – 4.75 Participatory Hours (See

25             Exhibit D).

26

27

28

ii. Power Editing for Lawyers: Clearer, Quicker Communication with Clients, Judges, and Each Other – 1.5 Participatory Hours (See Exhibit E).

iii. Legal Editing: Improve Your Work and That of Those Who Work For You – 3 Participatory Hours (See Exhibit F).

    1. Total – 9.25

d. Total Hours – 8.75 + 2 + 9.25 = 20

Date: 8/29/15

Law Offices of Patricia Rodriguez

Patricia Rodriguez, Esq.
Attorney for Plaintiff
John McGough

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

-4-



# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

August 2, 2013

SB # 270639
Patricia R. Rodriguez
739 E Walnut St Ste 201
Pasadena, CA 91101

**Educational Activity:**    Homeowner Bill of Rights Seminar

The Activity Has Been Approved for **Participatory** Minimum Continuing Legal Education Credit as Follows:

|  |  |  |
|---|---|---|
| 5.75 | - | General MCLE Credit |
| .00 | - | Legal Ethics |
| .00 | - | Detection/Prevention of Substance Abuse or Mental Illness |
| .00 | - | Elimination of Bias in the Legal Profession |
| **5.75** | - | **Total MCLE Credit Hours** |

Dear Applicant:

On behalf of the State Bar of California, I am pleased to advise that your participation in the education activity listed above has been approved for the credit hours listed. Credit hours are based on actual time spent in an activity exclusive of lunch and breaks.

**If you were a speaker at the above named activity,** please review rule 2.81 of the Division 4 Minimum Continuing Legal Education, Chapter 2 for information on the calculation of preparation time. **Multiply the credit approved here as is appropriate to arrive at your full MCLE credit from this activity.**

**GENERAL REMINDERS**
You may not carry any excess credit hours forward from one reporting period to another.

You must complete approved education in certain required areas (legal ethics, substance abuse/mental illness affecting competency, and elimination of bias).

Review rule 2.73 of the Division 4 Minimum Continuing Legal Education, Chapter 2 for your obligation for maintenance of records for all your education.

Darryl McKenzie
MCLE Administrator

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

Case No. C 12 0050 TEH
COUNSEL'S DOCUMENATION REGARDING HER COMPLIANCE WITH THE COURT'S
DECEMBER 3, 2012, ORDER

# CERTIFICATE OF ATTENDANCE FOR CALIFORNIA MCLE

## Top portion of form to be completed by the MCLE Provider

Provider Name: LawReviewCLE

Provider Number: 15695

Title of Activity: Defending a Foreclosure

Date(s) of Activity: 01/10/2013

Time of Activity: 1:00 PM - 5:15 PM

Location of Activity (City, State): Pasadena, CA

Total California MCLE Credit Hours for the above activity are 4.00 , including the following sub-field credits:

- Legal Ethics 1.00
- Elimination of Bias in the Legal Profession 0.00
- Prevention, Detection and Treatment of Substance Abuse/Mental Illness that Impairs Professional Competence 0.00

## Bottom portion of form to be completed by the Attorney after participation in the above-referenced activity

By signing below, I certify that I participated in all, or some*, of the activity described above and am therefore entitled to the following MCLE credit hours -

Total California MCLE Credit Hour 4 , including the following sub-field credits

Legal Ethics 1

Elimination of Bias in the Legal Profession ∅

Prevention, Detection and Treatment of Substance Abuse / Mental Illness that Impairs Professional Competence

(You may not claim credit for sub-fields unless the Provider is granting credit in those areas and you participated in those portions of the activity)

Print Your Name Patricia Rodriguez

Your California State Bar Number 270639

Signature

* partial participation hours must be pro-rated

MCLE Certificate of Attendance June 2011-R

# Exhibit C

-6-

Case No. C 12 0050 TEH

COUNSEL'S DOCUMENATION REGARDING HER COMPLIANCE WITH THE COURT'S DECEMBER 3, 2012, ORDER

🖨 Print Certificate                                                      Close Window X

# LAW.COM **CLE** CENTER

## Certificate

Date:                             **8/28/2013**
Provider Name:                    **CLE Center**
Attendee Name:                    **PATRICIA RODRIGUEZ**
Bar # (if applicable)             **270639**
Course # (if applicable)          **N/A**
Seminar Title                     **Social Media and Ethics: Avoiding Costly Mistakes**
Location                          Online at www.clecenter.com
State Credit being applied for:   CA
Total CLE Credit Hours:           **1.00**
Type of CLE Credit Hours:         **Ethics**

***********************    **TO BE COMPLETED BY ATTORNEY**    ***********************

By signing below , I certify that I have participated in the activity described above and am entitled to claim
the following CLE credit hours:

**1.00 California Ethics**

(First Name Last Name) date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit D

-7-



🖳 Print Certificate                                                    Close Window  X

# LAW.COM **CLE** CENTER

## Certificate

| | |
|---|---|
| Date: | **8/21/2013** |
| Provider Name: | **CLE Center** |
| Attendee Name: | **PATRICIA RODRIGUEZ** |
| Bar # (if applicable) | **270639** |
| Course # (if applicable) | **N/A** |
| Seminar Title | **Persuasive Appellate Brief Writing** |
| Location | **Online at www.clecenter.com** |
| State Credit being applied for: | **CA** |
| Total CLE Credit Hours: | **4.75** |
| Type of CLE Credit Hours: | **General Participatory** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   TO BE COMPLETED BY ATTORNEY   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

By signing below, I certify that I have participated in the activity described above and am entitled to claim
the following CLE credit hours:

4.75 California General Participatory

_____
(First Name, Last Name) date                  8/29/13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit E

-8-

 Print Certificate

Close Window  X

# LAW.COM **CLE** CENTER

## **Certificate**

Date:                                 **8/8/2013**
Provider Name:                        **CLE Center**
Attendee Name:                        **PATRICIA RODRIGUEZ**
Bar # (if applicable)                 **270639**
Course # (if applicable)              **N/A**
Seminar Title                         **Power Editing for Lawyers: Clearer, Quicker Communication**
Location                              **Online at www.clecenter.com**
State Credit being applied for:       **CA**
Total CLE Credit Hours:               **1.50**
Type of CLE Credit Hours:             **General Participatory**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*     TO BE COMPLETED BY ATTORNEY     \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

By signing below, I certify that I have participated in the activity described above and am entitled to claim the following (

**1.50 California General Participatory**

(First Name, Last Name) date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit F

Case No. C 12 0050 TEH
**COUNSEL'S DOCUMENATION REGARDING HER COMPLIANCE WITH THE COURT'S DECEMBER 3, 2012, ORDER**

🖨 Print Certificate                                                    Close Window X

# LAW.COM **CLE** CENTER

## Certificate

| | |
|---|---|
| Date: | 8/29/2013 |
| Provider Name: | CLE Center |
| Attendee Name: | PATRICIA RODRIGUEZ |
| Bar # (if applicable) | 270639 |
| Course # (if applicable) | N/A |
| Seminar Title | Legal Editing: Improve Your Work and That of Those Who Work For You |
| Location | Online at www.clecenter.com |
| State Credit being applied for: | CA |
| Total CLE Credit Hours: | 3.00 |
| Type of CLE Credit Hours: | General Participatory |

*************************     TO BE COMPLETED BY ATTORNEY     *************************

By signing below, I certify that I have participated in the activity described above and am entitled to claim
the following CLE credit hours:

3.00 California General Participatory

*8/29/13*

(First Name, Last Name) date